# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| DONALD P. VOGEL, | **NOTICE OF APPEARANCE** |
| Plaintiff, | Case No:   17-cv-03459 |
| v. | |

THOMAS ROY
Minnesota Dept. of Corrections
Commissioner of Corrections
Individually and in his official capacity,

PATRICK COURTNEY
Minnesota Dept. of Corrections
Program Manager
Records and Sentence Administration
Individually and in his official capacity,

JOHN and JANE DOE; JOHN and JANE ROE,
Employees of the Minnesota Dept. of Corrections,
Individually and in their of official capacities,

        Defendants.

---

The undersigned attorneys hereby notify the Court and counsel that Terrence P. Duggins and C. Peter Erlinder, shall appear as counsel of record for Plaintiff, Donald P. Vogel, in this case.

Dated: July 31st, 2017

| | |
|---|---|
| /s/ Terry Duggins (electronically signed) | /s/C. Peter Erlinder (electronically signed) |
| Terry Duggins, MN Att'y #0316180 | C. Peter Erlinder, MN Att'y #0398765 |
| Co-Counsel for Plaintiffs | Co-Counsel for Plaintiffs |
| 6 Pine Tree Drive, Suite 280 | 1043 Grand Ave. W., Suite 228 |
| Arden Hills, MN 55112 | St. Paul, MN 55105 |
| 651.490.0222 | 651.271.4616 |
| terry@dugginslawfirm.com | proferlinder@gmail.com |